

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT,** A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to June 17, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Ricardo Pumarejo Jr.                   Leticia Lourdes Garcia
            4900-B N. 10th. St.                     719 Chihuahua Street, Suite 103
            McAllen, TX 78504                   Laredo, TX 78040

            Flor Flores
            700 N Flores St Ste E
            Rio Grande City, TX 78582-3556